■      THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILBUR HILL, Appellant.— Appeal by defendant from a judgment of the County Court, Suffolk County, rendered February 18, 1972, resentencing defendant, *nunc pro tunc* as of February 1, 1950, to a prison term of 20 years to life. Judgment reversed, on the law, and new trial ordered. In February, 1950 defendant was sentenced, upon a jury's verdict of murder in the second degree, to a term of

20 years to life. In January, 1972 this court directed that defendant be resentenced, *nunc pro tunc* as of the date of the original sentence (*People* v. *Hill*, 38 A D 2d 744; *People* v. *Montgomery*, 24 N Y 2d 130). On the present appeal from the judgment of resentence, the People concede that a transcript of the minutes of defendant's trial and sentence was never prepared and that the stenographer who had recorded those proceedings is dead. In the absence of an adequate appellate record, we are compelled to reverse the judgment and order a new trial (*People* v. *Poole*, 41 A D 2d 699; see CPL 460.70, subd. 3; Code Crim. Pro., § 485; *Mayer* v. *Citiy of Chicago*, 404 U. S. 189, 193–195; *People* v. *Pride*, 3 N Y 2d 545, 549). Munder, Acting P. J., Martuscello, Gulotta, Brennan and Benjamin, JJ., concur.